1  MELINDA HAAG (CABN 132612)
United States Attorney

2

3  MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4  LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

5

6  450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7368

7  Facsimile: (415) 436-7234
E-Mail: lowell.powell2@usdoj.gov

8

9  Attorneys for the United States of America

10                      UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

UNITED STATES OF AMERICA,          )      No. CR 10-0877 RS
14                                 )
        Plaintiff,                 )
15                                 )
           v.                      )      **STIPULATION AND [PROPOSED]**
16                                 )      **ORDER EXCLUDING TIME UNDER 18**
EDGAR VASQUEZ BERA,                )      **U.S.C. § 3161**
17     a/k/a Edgar Manuel Vasquez Ucra, )
       a/k/a Enrique Velazquez,    )
18                                 )
        Defendant.                 )
19                                 )

20        On January 25, 2011, the parties in this case appeared before the Court.  At that time, the

21  Court set the matter to February 15, 2011.  The parties have agreed to exclude the period of time

22  between January 25, 2011 and February 15, 2011, from any time limits applicable under 18

23  U.S.C. § 3161.  The parties represented that granting the exclusion would allow the reasonable

24  time necessary for effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The

25  parties also agree that the ends of justice served by granting such an exclusion of time outweigh

26  the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

27  ///

28  ///

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0877 RS

1    At the hearing, the Court made findings consistent with this agreement.

2    **SO STIPULATED**:

3
                                            MELINDA HAAG
4                                           United States Attorney

5

6    DATED: January 27, 2011              _____/s/_____
                                            LOWELL C. POWELL
7                                           Special Assistant United States Attorney

8

9    DATED: January 27, 2011              _____/s/_____
                                            STEVEN KALAR
10                                          Attorney for EDGAR VASQUEZ BERA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0877 RS

1

2                                    [PROPOSED] ORDER

3          For the reasons stated above and at the January 25, 2011, hearing, the Court finds that the

4   exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from January 25,

5   2011 through February 15, 2011 is warranted and that the ends of justice served by the

6   continuance outweigh the best interests of the public and the defendant in a speedy trial.  18

7   U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the

8   reasonable time necessary for effective preparation, taking into account the exercise of due

9   diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

10

11      IT IS SO ORDERED.

12

13   DATED:_____1/28/11_____    _____

14                                THE HONORABLE RICHARD SEEBORG
                                 United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0877 RS