MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7368
   Facsimile: (415) 436-7234
   E-Mail: lowell.powell2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>       Plaintiff, ) <br>           v. ) <br> ) <br> EDGAR VASQUEZ BERA, ) <br>   a/k/a Edgar Manuel Vasquez Ucra, ) <br>   a/k/a Enrique Velazquez, ) <br>       Defendant. ) | No. CR 10-0877 RS <br><br> **STIPULATION AND [**~~PROPOSED~~**] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

On February 15, 2011, the parties in this case appeared before the Court. At that time, the Court set the matter to March 1, 2011. The parties have agreed to exclude the period of time between February 15, 2011 and March 1, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

///

///

STIPULATION & [~~PROPOSED~~] ORDER EXCLUDING TIME
CR 10-0877 RS

1  At the hearing, the Court made findings consistent with this agreement.

2  **SO STIPULATED**:

3

4                                                     MELINDA HAAG
                                                      United States Attorney

5

6  DATED: February 24, 2011                    _____/s/_____
                                                      LOWELL C. POWELL
7                                                     Special Assistant United States Attorney

8

9  DATED: February 24, 2011                    _____/s/_____
                                                      STEVEN KALAR
10                                                    Attorney for EDGAR VASQUEZ BERA

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0877 RS

1
2                              [PROPOSED] ORDER
3       For the reasons stated above and at the February 15, 2011, hearing, the Court finds that
4  the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from February
5  15, 2011 through March 1, 2011 is warranted and that the ends of justice served by the
6  continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
7  U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the
8  reasonable time necessary for effective preparation, taking into account the exercise of due
9  diligence. 18 U.S.C. §3161(h)(7)(B)(iv).
10
11      IT IS SO ORDERED.
12
13  DATED: 2/25/11                          _____
                                            THE HONORABLE RICHARD SEEBORG
14                                          United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0877 RS